**Motion Granted; Vacated and Remanded and Memorandum Opinion filed April 11, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00163-CV

---

## HUMBERTO LENIEK, Appellant

## V.

## EVOLUTION WELL SERVICES, LLC, AND EVOLUTION WELL SERVICES OPERATING LLC, Appellees

---

**On Appeal from the 164th District Court
Harris County, Texas
Trial Court Cause No. 2018-33380**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed February 6, 2019. On April 3, 2019, the parties filed a joint motion to vacate the trial court's judgment and dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, we vacate the judgment signed February 6, 2019, and remand the cause to the trial court for rendition of judgment in accordance with the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(B) (permitting appellate court to set aside the trial court's judgment and remand to the trial court for rendition of judgment in accordance with the parties' agreement).

PER CURIAM

Panel Consists of Justices Christopher, Hassan, and Poissant.